# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KILO GEE KURSH**  **PLAINTIFF**
**ADC #146464**

v.　　　　　　　　　No: 4:23-cv-00280-KGB-PSH

**AHMARI CAFFEY,** *et al.*　　　　　　　　　**DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Kilo Gee Kursh filed a *pro se* complaint on March 22, 2023, while incarcerated at the Arkansas Division of Correction's Maximum Security Unit (Doc. No. 1).[1]  On May 2, 2024, mail sent to Kursh was returned as undeliverable (Doc.

---

[1] Kursh was later transferred to the ADC's Tucker Unit. *See* Doc. No. 22.

No. 26).  On May 22, 2024, the Court entered an order directing Kursh to provide notice of his current mailing address no later than thirty days from the entry of the May 22 text order (Doc. No. 27).  He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed.  A printed version of the text order was sent to him at his last known address.  The envelope containing the Court's May 22 order could not be delivered to Kursh because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket.  *See* Doc. No. 28.

More than 30 days have passed, and Kursh has not complied or otherwise responded to the May 22 order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Kursh's complaint (Doc. No. 1) be dismissed without prejudice.  All pending recommendations should be declined as moot and all pending motions should be denied as moot.

DATED this 27th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE