# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KILO GEE KURSH**                                                   **PLAINTIFF**
**ADC #146464**

v.                         Case No. 4:23-cv-280-KGB

**AHMARI CAFFEY,** *et al.*                                        **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 29). Judge Harris recommends that that Plaintiff Kilo Gee Kursh's complaint be dismissed without prejudice for failure to prosecute, that all pending recommendations be declined as moot, and that all pending motions be denied as moot (Dkt. Nos. 6; 17; 25). Mr. Kursh has not filed any objections to the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 29).

The Court dismisses without prejudice Mr. Kursh's complaint (Dkt. No. 1). The Court denies as moot defendant Ahmari Caffey's motion for summary judgment (Dkt. No. 17). The Court declines to adopts Judge Harris' other pending recommendations as moot (Dkt. Nos. 6; 25).

It is so ordered this 9th day of September, 2024.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge